**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Tramane Mitchell,

Plaintiff,

v.

CoreCivic, et al.,

Defendants.

No. CV-25-02614-PHX-MTL (JZB)

**ORDER**

Before the Court is United States Magistrate Judge John Z. Boyle's Report and Recommendation ("R&R") recommending that the Court dismiss Defendant Polson and Defendant Sakuri without prejudice for Plaintiff's failure to effect timely service pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, and dismiss Unknown Defendant 11 without prejudice for failure to comply with court orders pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. (Doc. 49.) The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (failing to timely object to an R&R waives review of that R&R).

Neither party filed objections, which relieves the Court of its obligation to review the R&R. Still, the Court reviewed the R&R and finds it well-taken. The Court accepts the R&R in its entirety. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may

accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3).

**IT IS ORDERED** that the R&R (Doc. 49) is **ACCEPTED**.

**IT IS FURTHER ORDERED** that Defendant Polson and Defendant Sakuri are dismissed without prejudice for Plaintiff's failure to effect timely service pursuant to Fed. R. Civ. P. 4(m).

**IT IS FURTHER ORDERED** that Defendant Unknown Defendant 11 is dismissed without prejudice for failure to comply with court orders pursuant to Fed. R. Civ. P. 41(b).

Dated this 16th day of September, 2026.

Michael T. Liburdi

Michael T. Liburdi
United States District Judge